Leon N. Gillette, Appellant, v. Village of Larchmont and Others, Respondents.— The questions involved in this case having become purely academic, the appeal from the judgment herein is dismissed, without costs. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Emma J. Girling, Appellant, v. The City of New York, Respondent.— There was evidence to support the verdict, and the question of its weight was not specifically raised. We think the verdict should be restored, and the order setting it aside is reversed, with costs, and the verdict reinstated. Hirschberg, P. J., Jenks, Gaynor and Rich, JJ., concurred; Burr, J., dissented.

Edwin D. Hamlin, Respondent, v. Alexander Hilton, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Warren K. Haviland, as President of The Fire Department of the Town of Newtown, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Joseph Hefner, Jr., Appellant, v. Reinforced Cement Construction Company, Respondent.— Appeal dismissed by default, with costs. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Henry Hirsh, Appellant, v. John Butler, Respondent. John Butler, Respondent, v. Henry Hirsh, Appellant.— Judgments of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

William J. Huber, Respondent, v. Mary Huber, Appellant.— Order of County Court of Queens county reversed on argument, with ten dollars costs and disbursements, and motion denied, with costs, on the ground of want of jurisdiction in the County Court. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Sophia L. Hutchinson, Appellant, v. John H. Witte, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate, etc., in the Towns of North Castle and Mount Pleasant, Westchester County, New York, etc. (Kensico Reservoir, Section No. 4, First Separate Report). Various Claimants, Respondents.— Order, in so far as appealed from, reversed, with ten dollars costs and disbursements, on the authority of *Matter of Simmons (Ashokan Reservoir, Sec. No. 6)* (130 App. Div. 350). Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate, etc., in the Towns of North Castle and Mount Pleasant, Westchester County, New York, etc. (Kensico Reservoir, Section No. 4, Second Separate Report). Various Claimants, Respondents.— Order, in so far as appealed from, reversed, with ten dollars costs and disbursements, on the authority of *Matter of Simmons (Ashokan Reservoir, Sec. No. 6)* (130

App. Div. 350). Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Mary E. Jones, Respondent, v. Milton L'Ecluse, Appellant.— The order sets aside a verdict for the alleged misconduct of a juror. In a brief opinion the learned Special Term finds no irregularity in the conduct of the juryman, and also finds the conduct of the counsel and the witness involved to have been blameless, but holds that "the influence of just such happenings is so subtle that it is most difficult to weigh its effect." We think a judgment should not be destroyed unless the alien influence is manifest, and, therefore, reverse the order, with ten dollars costs and disbursements, and reinstate the verdict. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Burr and Miller, JJ., dissented.

Rosie Lefkowitz, Appellant, v. Otto P. Gilbert, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

John Leipziger, Respondent, v. Herman Kuhnast, Appellant.—Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements, but without prejudice to an application to resettle the order by providing that the extra allowance shall not be included in the costs and disbursements to be paid, upon the ground that the case is not one for an extra allowance. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Gussie M. Levin, Respondent, v. David Davis, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

The Long Island Railroad Company and the Nassau Electric Railroad Company, Appellants, v. The City of New York and Others, Respondents. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The Long Island Railroad Company and the Nassau Electric Railroad Company, Appellants, v. The City of New York and Others, Respondents. (No. 2.) — Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

James F. Meehan, Respondent, v. Thomas Gill Soap Company, Appellant, Impleaded with Alexander J. Milliken, Defendant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Cord Meyer, Jr., and Christian M. Meyer, as Executors, etc., of Cord Meyer, Sr., Deceased, Respondents, v. David A. McLeod, Individually and as Administrator, etc., of Eliza Tilton, Deceased, Appellant, Impleaded with Emma D. McLeod, Wife of Said David A. McLeod, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor and Rich, JJ., concurred; Burr, J., concurred on the ground that the objection was not raised as to the question argued.

Margaret E. Murphy, as Administratrix, etc., of John J. Morrissey, Deceased, Appellant, v. The McLaughlin Real Estate Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.